[No. 175.  *En Banc.* December 17, 1919.]

*In the Matter of the Proceedings for the Disbarment of*
OTIS JOHNSON.[1]

Proceedings filed in the supreme court September 30, 1919, for the disbarment of an attorney, upon the findings of the state board of law examiners against the accused.  Judgment of disbarment.

*The Attorney General* and *R. M. Burgunder, Assistant,* for the state.

PER CURIAM.—Upon a careful examination of the record in the above entitled matter, a majority of the court adopt and approve the recommendations of the board of law examiners, filed herein on September 30, 1919, that the license of Otis Johnson to practice law in the state of Washington be revoked and that he be disbarred. It is so ordered.

---

[No. 15575.  Department Two.  January 12, 1920.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE CASSASSA,
*Appellant.*[2]

Appeal from a judgment of the superior court for Kittitas county, Davidson, J., entered June 6, 1919, upon a trial and conviction of violating the prohibition law.  Affirmed.

*Pruyn & Hoeffler,* for appellant.

*Arthur McGuire* and *C. R. Hadley,* for respondent.

PER CURIAM.—This appeal presents the questions determined by us in the case of *State v. Giaudrone, ante* p. 397, 186 Pac. 870, and on the authority of that case the judgment will stand affirmed.

[1] Reported in 185 Pac. 549.

[2] Reported in 186 Pac. 872.